**SEALED**

**FILED**

MAY 0 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LARRY EARL BROWN,<br>    aka "READY BLOOD,"<br><br>        Defendant. | CASE NO. 2:13-CR-0161 KJM<br><br>**UNDER SEAL**<br><br>ORDER TO SEAL INDICTMENT |

**ORDER**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael D. McCoy to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court..

**IT IS SO ORDERED.**

DATED: May 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND ORDER TO SEAL
INDICTMENT                                                3