IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR S-09-0091 GEB |
| vs. | |
| LARRY EARL BROWN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR S-13-0161 KJM |
| vs. | RELATED CASE ORDER |
| LARRY EARL BROWN, | |
| Defendants. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(f). The basis of the petition alleging a violation of supervised release in the older case is the same criminal conduct alleged in the indictment in the newer case. Under Local Rule 123(f), "the two actions shall be related and the Judge . . . assigned to the new criminal action shall also be assigned the earlier action . . . ."

/////

1  The parties should be aware that relating cases under Rule 123 causes the actions
2  to be assigned to the same judge – it does not consolidate the actions.
3  As a result, it is hereby ORDERED that CR No. S-09-0091 GEB is reassigned
4  from Judge Burrell to the undersigned.  Henceforth, the caption on documents filed in the
5  reassigned case shall be shown as: CR No. S-09-0091 KJM.
6  It is further ORDERED that the Clerk of the Court make appropriate adjustment
7  in the assignment of criminal cases to compensate for this reassignment.
8  IT IS SO ORDERED.
9  DATED:  June 10, 2013.

UNITED STATES DISTRICT JUDGE